UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GAZI M. HAIDER,

Plaintiff,

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States; and JOSEPH B. EDLOW, in his official capacity as Director USCIS,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
26-cv-3689

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Elmhurst, New York
August 20 2026

LAW OFFICE OF MAHFUZUR RAHMAN
*Counsel for Plaintiff*
75-21 Broadway
3rd Floor
Elmhurst, New York 11373

By: ______________________
Mahfuzur Rahman, Esq.
(347) 856-1736
attymahfuz@gmail.com

Dated: Central Islip, New York
August 20, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: /s/ Thomas R. Price
Thomas R. Price
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 8/21/2026

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**